IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01119-MSK-KLM

TONY'S TAP, LLC, d/b/a PAGOSA BREWING COMPANY, INC.,

      Plaintiff/Counterclaim Defendant,

v.

PS ENTERPRISES, INC., d/b/a PAGOSA PUB WORKS BREWPUB,

      Defendant/Counterclaimant,

v.

RICHARD ANTHONY SIMMONS, a/k/a TONY SIMMONS,

      Third-Party Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion for Leave to File First Amended Answer, Defenses, Counterclaim and Demand for Jury Trial** [Docket No. 39; Filed October 24, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Addition of a counterclaim and joinder of a third party are authorized by Fed. R. Civ. P. 13 & 20 when the new claim arises out of the same transaction or occurrence at issue in the pending lawsuit and there is a common question of law or fact.  I find that Defendant's counterclaim for deceptive trade practices asserted against Plaintiff and third party Richard Anthony Simmons satisfies the Rules' criteria.

      IT IS FURTHER **ORDERED** that the Court accepts Defendant's First Amended Answer, Defenses, Counterclaim and Demand for Jury Trial [Docket No. 39-2] for filing as of the date of this Minute Order.  Accordingly, the caption shall be amended as set forth above.

      IT IS FURTHER **ORDERED** that Plaintiff shall respond to the Counterclaim on or before **November 17, 2008**, in accordance with Fed. R. Civ. P. 12(a)(1)(B).

      IT IS FURTHER **ORDERED** that Defendant shall serve Third-Party Defendant

Richard Anthony Simmons with the Summons and Counterclaim on or before **November 17, 2008**.

Dated:  October 27, 2008