IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01119-MSK-KLM

TONY'S TAP, LLC, d/b/a PAGOSA BREWING COMPANY, INC.,

   Plaintiff/Counterclaim Defendant,

v.

PS ENTERPRISES, INC., d/b/a PAGOSA PUB WORKS BREWPUB,

   Defendant/Counterclaimant,

and

FRANK SHIRO, individually, and
ROBIN SHIRO, individually,

   Defendants,

v.

RICHARD ANTHONY SIMMONS, a/k/a TONY SIMMONS,

   Third-Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Motion to Amend Scheduling Order** [Docket No. 153; Filed April 1, 2010] (the "Motion"). Defendants request that the Court extend the deadline for dispositive motions. The dispositive motion deadline in this matter was May 4, 2009. Defendants indicate that Plaintiff opposes the relief requested. This matter is set for a Final Pretrial Conference on April 30, 2010. Accordingly,

IT IS HEREBY **ORDERED** that the Motion shall be **HELD IN ABEYANCE** pending further briefing.

IT IS FURTHER **ORDERED** that Plaintiff shall file its response to Defendants' Motion, if any, on or before April 14, 2010. Defendants' reply shall be due on or before April 20, 2010.

Dated: April 5, 2010