## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 30, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-01119-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| TONY'S TAPS, LLC, d/b/a Pagosa Brewing Company, Inc., | Kenton Freudenberg |
| | Reid Kelly |
| Plaintiff, | |
| v. | |
| PS ENTERPRISES, INC., d/b/a Pagosa Pub Works Brewpub, FRANK SCHIRO, ROBIN SCHIRO, | Richard Hanes |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**10:13 a.m.** **Court in session.**

Parties were not required to be present at this second Final Pretrial Conference.

The Court advises counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order.

**PENDING MOTIONS.**

The Court addresses all of the parties' outstanding Motions in Limine (Doc. **#142, #143, #144, #152, #158**)

Statements from counsel Kelly and Hanes regarding the motions in limine.

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

**ORDER:** Plaintiff's Motion *in Limine* Regarding Defendants' Counterclaim (**Doc. #143**) is **GRANTED.** The remaining motions (Doc. **#142, #144, #152, #158**) are **DENIED** with leave to renew at the time of trial.

The Court addresses time need for trial, location and setting of same.

Statements from counsel Kelly and Hanes.

**ORDER:** Jury trial (10 days) is set for **May 2, 2011, at 8:30 a.m.**, in Durango Colorado, subject to the availability of a courtroom in Durango.

The parties are provided with an introductory jury instruction on a trademark case. Counsel are requested to advise the court by **May 31, 2010** of any objection to the instruction. The Court will consider use of a questionnaire by way of a joint motion from the parties.

**10:44 a.m.** **Court in recess.**

**Total Time:** **31 minutes.**
**Hearing concluded.**