IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01119-MSK-KLM

TONY'S TAPS, LLC, d/b/a Pagosa Brewing Company, Inc.,

       Plaintiff,

v.

PS ENTERPRISES, INC., d/b/a Pagosa Pub Works Brewpub,
FRANK SCHIRO, and
ROBIN SCHIRO,

       Defendants.

---

## ORDER SETTING LAW & MOTION HEARING

---

**THIS MATTER** is set for a non-evidentiary hearing on the law and motion calendar for **April 5, 2011 at 10:00 a.m.** in Courtroom A901 before Judge Marcia S. Krieger on Plaintiff Tony's Tap's Motion for Default Judgment Against Defendant PS Enterprises, Inc. **(#185)**. Counsel shall bring their calendars and be prepared to address (1) whether an evidentiary hearing as to damages is required; (2) the status of the remaining claims against the individual

defendants; and (3) the need, if any, for a trial. Counsel and parties may appear by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at 303-335-2185 no later than two court days before the hearing to make arrangements.

Dated this 30th day of March, 2011

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge